UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-221(JMR/SRN)

Dale Dobesh )
)
v. )
) ORDER
CBS Broadcasting, Inc., and )
Justin Draper )

This matter is before the Court on plaintiff's motion to remand, pursuant to 28 U.S.C. § 1447(c). Oral arguments were heard on May 2, 2001. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

1. Plaintiff's motion to remand to state court is granted. [Docket #7].
2. If plaintiff's complaint is subsequently amended raising a federal claim, the Court invites defendants to remove.
3. If, at that time, defendants elect to remove, the Court directs the Clerk of Court to assign the case to the undersigned judge. The Court will then consider an award of attorney's fees and costs to defendants.

Dated: May 7th, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK